IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John E. Reese, III, | ) | Case No. 3:22-cv-03645-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Daniel L. Hodges; Transform-X, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

This Order follows two Orders filed February 11, 2026.  [Docs. 108; 109.]  As explained in those Orders, the Court previously granted Plaintiff's motion for judgment as a matter of law on his claim against Defendant Transform-X, Inc. ("Transform-X") for liability under a December 13, 2018, promissory note (the "Note") evidencing a loan from Plaintiff to Transform-X in the original principal amount of $125,000.00.  [*See* Docs. 1-1 at 4 ¶ 5, 7 ¶¶ 23–24; 25-2; 90.]  On February 11, 2026, the Court concluded that Plaintiff was entitled to prejudgment interest under the Note and that Transform-X was entitled to a setoff of amounts received by Plaintiff in a settlement with a former Defendant.[*]  [Docs. 108; 109.]  The Court directed Plaintiff to file a status report informing the Court of the amount of payments he received in connection with a $170,000 promissory note issued as part of that settlement.  [Doc. 108 at 7.]

---

[*] The Court also denied Plaintiff's request for legal expenses, including attorney's fees, without prejudice to Plaintiff's right to refile, by February 18, 2026, his request with sufficient detail for the Court to determine the reasonableness of the expenses and fees. [Doc. 109 at 5–6.]  However, Plaintiff appears to have abandoned his request for legal expenses, including attorney's fees, because he has not refiled the request.

Plaintiff has since filed that status report, indicating that he has "received two or maybe three $5.00 periodic fees" and likely received "a total of $10.00, but certainly less than $20.00." [Doc. 110.]  Based on the uncertainty regarding what Plaintiff has received, the Court will use $15.00 as the amount Plaintiff received related to the promissory note.

Accordingly, based on the record before the Court and the Court's prior Orders, the Court concludes that Plaintiff is entitled to prejudgment interest in the amount of $231,088.78, calculated as follows:

$ 212,477.74  (prejudgment interest as of February 20, 2025)

+  $   18,611.04  ($45.84 prejudgment interest per day for 406 days)

$ 231,088.78

Additionally, Transform-X is entitled to setoff in the amount of $70,015.00.  Therefore, the Court orders that judgment be entered in the amount of $286,073.78, which consists of actual damages and prejudgment interest as of the date of this Order minus setoff, calculated as follows:

$ 125,000.00  (actual damages under the Note)

+  $ 231,088.78  (prejudgment interest)

-   $   70,015.00  (setoff)

$ 286,073.78

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

April 2, 2026
Columbia, South Carolina

2